# LAW OFFICE OF WILLIAM WALDNER

469 Seventh Avenue  
SEVENTH FLOOR  
NEW YORK, NY 10018  
TEL: 212.244.2882  
FAX: 212.999.6694

NY STATE AND FEDERAL COURTS

INFO@MIDTOWNBANKRUPTCY.COM  
WWW.MIDTOWNBANKRUPTCY.COM

December 3, 2014

Re: Joseph A Jedrlinic A/K/A Joseph A Jedrilinic

To Whom It May Concern:

I represent Joseph Jedrlinic in his Chapter 13 case # 8-14-74269. Marianne DeRosa, the Chapter 13 Trustee, has filed a motion to dismiss this Chapter 13 case. I have no objections to the trustees motion.

Regards,

*[signature]*

William Waldner, Esq.